**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6613**

———————

TERRY BRUCE BALDWIN,

Petitioner - Appellant,

versus

DEAN WALKER; MICHAEL F. EASLEY,

Respondents - Appellees.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Graham C. Mullen, Chief District Judge. (CA-99-50-1-MU)

———————

Submitted: May 11, 2000          Decided: May 17, 2000

———————

Before MURNAGHAN, LUTTIG, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Terry Bruce Baldwin, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Terry Bruce Baldwin appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Baldwin v. Walker, No. CA-99-50-1-MU (W.D.N.C. Mar. 31 & May 5, 1999).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

* Although the district court's order denying reconsideration is marked as "filed" on May 4, 1999, the district court's records show that it was entered on the docket sheet on May 5, 1999. It is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Fed. R. Civ. P. 58 and 79(a); Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).